# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

GODSON M. NNAKA

*Plaintiff*

v.

FED. REP. OF NIGERIA; ABUBAKAR MALAMI

*Defendants*

Civil Action No. 16-cv-01400-JDB

## SUMMONS IN A CIVIL ACTION

To:  *(Defendant's name and address)*

ABUBAKAR MALAMI
FEDERAL MINISTRY OF JUSTICE
PLOT 71B SHEHU SHAGARI WAY
FEDERAL CAPITAL TERRITORY
ABUJA, NIGERIA

A lawsuit has been filed against you.

Within 60 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

BENNETH O. AMADI, ESQUIRE
204 BLOSSOM STREET EXTENSION
SUITE A
LYNN, MA 01901

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



ANGELA D. CAESAR, CLERK OF COURT

Date: __07/05/2016__

/s/ Simone Bledsoe
*Signature of Clerk or Deputy Clerk*

JUD. C 27

# IN THE FEDERAL HIGH COURT OF NIGERIA
## AFFIDAVIT OF SERVICE

SUIT NO. C.A. No. 16-cv 20 01400

**BETWEEN:**

GODSON - M. NNAKA .......................................... Plaintiff

and

FEDERAL REPUBLIC OF NIGERIA & ABUBAKAR MALAM .......................................... Defendant

I, AKPAN OFFIONG ASUKWO of FEDERAL HIGH COURT ABUJA make Oath and state as follows:

That on 8TH day of July 2016 at ............ am/pm o'clock, I personally served upon the Plaintiff(s)/Defendant(s)/Applicant(s)/Respondent(s) THE DEFENDANTS at FEDERAL MIN. OF JUSTICE ABUJA the following document/documents:

1. PLAINTIFF'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUS.
2. PLAINTIFF'S FIRST SET OF INTERROGATORIES TO DEFENDANTS
3. SUMMONS IN A CIVIL ACTION (4) PLAINTIFF'S COMPLAINT
5. PLAINTIFF'S FIRST SET OF REQUESTS FOR ADMISSION TO DEFENDANTS

a true copy whereof hereunto annexed

That I personally served the said document/documents upon THE DEFENDANTS by delivering same on OFFICE OF ATTORNEY GEN OF THE FEDERATION & MINISTER OF JUSTICE NIGERIA.

AND that I swear to this affidavit in good faith believing the content to be true in accordance with the Oath's Act of 2004.

Dated this 8THC day of July 2016

BEFORE ME
COMMISSIONER FOR OATHS
FEDERAL HIGH COURT
ABUJA
COMMISSIONER FOR OATHS

DEPONENT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GODSON M. NNAKA
_____
Plaintiff

v.

FED. REP. OF NIGERIA; ABUBAKAR MALAMI
_____
Defendants

Civil Action No. 16-cv-01400-JDB

## SUMMONS IN A CIVIL ACTION

To: (Defendant's name and address) THE FEDERAL REPUBLIC OF NIGERIA
FEDERAL MINISTRY OF JUSTICE
PLOT 71B SHEHU SHAGARI WAY
FEDERAL CAPITAL TERRITORY
ABUJA, NIGERIA

A lawsuit has been filed against you.

Within 60 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

BENNETH O. AMADI, ESQUIRE
204 BLOSSOM STREET EXTENSION
SUITE A
LYNN, MA 01901

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ANGELA D. CAESAR, CLERK OF COURT



Date: 07/05/2016

/s/ Simone Bledsoe
_____
Signature of Clerk or Deputy Clerk

JUD. C 27

# IN THE FEDERAL HIGH COURT OF NIGERIA
## AFFIDAVIT OF SERVICE

SUIT NO. C.A. No. 16-cv 20 01400

**BETWEEN:**

GODSON - M. NNAKA .......... Plaintiff

and

FEDERAL REPUBLIC OF NIGERIA & MALAM ABUBAKAR .......... Defendant

I, AKPAN OFFIONG ASUKWO of FEDERAL HIGH COURT ABUJA make Oath and state as follows:

That on 8TH day of July 2016 at _____ am/pm o'clock, I personally served upon the Plaintiff(s)/Defendant(s)/Applicant(s)/Respondent(s) THE DEFENDANTS at FEDERAL MIN. of JUSTICE ABUJA the following document/documents:

1. PLAINTIFF'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUS
2. PLAINTIFF'S FIRST SET OF INTERROGATORIES TO DEFENDANTS
3. SUMMONS IN A CIVIL ACTION (4) PLAINTIFF'S COMPLAINT
5. PLAINTIFF'S FIRST SET OF REQUESTS FOR ADMISSION TO DEFENDANTS

a true copy whereof hereunto annexed

That I personally served the said document/documents upon THE DEFENDANTS by delivering same on Office of Attorney Gen. of THE FEDERATION & MINISTER of JUSTICE NIGERIA.

AND that I swear to this affidavit in good faith believing the content to be true in accordance with the Oath's Act of 2004.

Dated this 8TH day of July 2016

BEFORE ME
COMMISSIONER FOR OATHS
FEDERAL HIGH COURT
ABUJA

_____
DEPONENT